IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.                                                        Case No. 5:19cr12-TKW-MJF

JASON SCOTT PLUMADORE,

    Defendant.
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the magistrate judge's Report and Recommendation (Doc. 58), to which there have been no timely objections, and subject to the Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11, Defendant's plea of guilty to Counts I, II, and III of the Indictment is hereby **ACCEPTED**. All parties shall appear before the Court for sentencing as directed.

**DONE and ORDERED** this 3rd day of September, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**