UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.   Case Nos.: 5:19cr12/TKW/MAL
          5:20cv205/TKW/MAL

JASON SCOTT PLUMADORE

_____/

# O R D E R

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 115). Defendant was granted an extension of time to file objections to the R&R, *see* Doc. 117, but no objections were filed.

Upon due consideration of the R&R and the entire case file, the Court agrees with the magistrate judge's determination that Defendant's §2255 motion should be denied without an evidentiary hearing and that a certificate of appealability should be denied. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2. Defendant's *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, as amended (Docs. 97, 108) is **DENIED.**

3. A certificate of appealability is **DENIED**.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 16th day of October, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

Case Nos.: 5:19cr12/TKW/MAL; 5:20cv205/TKW/MAL